```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09
```

Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DONNA De CURTIS,                                           09 Civ. 5378 (RJS)

                Plaintiff,                    ECF CASE

      v.                                                 ORDER

UPWARD BOUND INTERNATIONAL, INC. d/b/a
UPWARD BOUND TRAVEL, and THOMAS
FERRANDINA,

                Defendants.
------------------------------------x

RICHARD J. SULLIVAN, District Judge:

      WHEREAS Plaintiff Donna De Curtis ("Plaintiff") commenced this action on June 10, 2009 by filing a Summons and Complaint (Dkt. 1); and

      WHEREAS Plaintiff served a copy of the Summons and Complaint on Defendant Thomas Ferrandina ("Ferrandina") on June 13, 2009, and filed proof of service with the Court on July 7, 2009 (Dkt. 4); and

      WHEREAS Ferrandina has failed to respond to the Complaint or otherwise appear in this action; and

      WHEREAS the Court ordered Ferrandina to show cause why a default judgment should not be entered against him on September 29, 2009 (Dkt. 13); and

      WHEREAS Ferrandina failed to respond to the Court's Order to Show Cause and failed to appear before the Court for a hearing on October 29, 2009; and

      UPON CONSIDERATION of Plaintiff's request to the Court, made on October 29, 2009, that Ferrandina be ordered to appear for a deposition noticed by Plaintiff for November 20, 2009,

IT IS HEREBY ORDERED that Ferrandina appear for a deposition by Plaintiff's counsel at 10:00 a.m., on November 20, 2009, at the offices of Vladeck, Waldman, Elias & Engelhard, P.C., 1501 Broadway, New York, New York 10036; and

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Ferrandina via registered mail, by November 4, 2009.

SO ORDERED.

Dated: Oct. 30, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE