```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

*Sullivan, J* (signature)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| DONNA De CURTIS, | 09 Civ. 5378 (RJS) |
| Plaintiff, | ECF CASE |
| v. | DEFAULT JUDGMENT |
| UPWARD BOUND INTERNATIONAL, INC. d/b/a UPWARD BOUND TRAVEL, THOMAS FERRANDINA, SETH RUDMAN, LDA TRAVEL CORPORATION, and TZELL TRAVEL, LLC, | |
| Defendants. | |

----------------------------------------x

RICHARD J. SULLIVAN, District Judge:

      WHEREAS Plaintiff Donna De Curtis ("Plaintiff") commenced this action on June 10, 2009 by filing a Summons and Complaint (Dkt. 1); and

      WHEREAS Plaintiff served a copy of the Summons and Complaint on Defendant Thomas Ferrandina ("Ferrandina") on June 13, 2009, and filed proof of service with the Court on July 7, 2009 (Dkt. 4); and

      WHEREAS Ferrandina has failed to respond to the Complaint or otherwise appear in this action; and

      WHEREAS the Court ordered Ferrandina to show cause why a default judgment should not be entered against him on September 29, 2009 (Dkt. 13); and

      WHEREAS Ferrandina failed to respond to the Court's Order to Show Cause and failed to appear before the Court for a hearing on October 29, 2009; and

      UPON CONSIDERATION of Plaintiff's motion by order to show cause for an order directing the entry of judgment in Plaintiff's favor and against Ferrandina on

the issue of liability on Plaintiff's sex discrimination and retaliation claims pursuant to the New York State Human Rights Law, Executive Law § 296 et seq. (the "Executive Law"); and the Administrative Code of the City of New York § 8-101 et seq. (the "City Law"), for failure to plead or otherwise defend the above-captioned action, and the motion having been regularly and duly submitted;

IT IS HEREBY ORDERED that that judgment be entered in favor of Plaintiff and against Ferrandina as to liability on Plaintiff's (a) sex discrimination claims under the Executive Law and the City Law and (b) retaliation claims under the Executive Law and the City Law; and

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Ferrandina via registered mail, by __May 6__, 2010.

SO ORDERED.

Dated: __April 27__, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE