```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

DONNA De CURTIS,                                    09 Civ. 5378 (RJS)

                Plaintiff,                      ECF CASE

            v.                                    DEFAULT JUDGMENT

UPWARD BOUND INTERNATIONAL, INC. d/b/a
UPWARD BOUND TRAVEL, THOMAS
FERRANDINA, SETH RUDMAN, LDA TRAVEL
CORPORATION, and TZELL TRAVEL, LLC,

                Defendants.
------------------------------------------x

RICHARD J. SULLIVAN, District Judge:

       WHEREAS Plaintiff filed the Summons and Amended Complaint on January 8, 2010 (Dkt. 22); and

       WHEREAS Plaintiff served a copy of the Summons and the Amended Complaint on Defendant Upward Bound International, Inc. d/b/a Upward Bound Travel ("Upward Bound") on February 6, 2010, and filed proof of service with the Court on February 24, 2010 (Dkt. 30); and

       WHEREAS Upward Bound has failed to respond to the Amended Complaint; and

       WHEREAS Upward Bound has failed to retain counsel in this action; and

       WHEREAS the Court ordered Upward Bound to show cause why a default judgment should not be entered against it on March 29, 2010 (Dkt. 38); and

       WHEREAS Upward Bound failed to appear before the Court for a hearing on April 22, 2010; and

UPON CONSIDERATION of Plaintiff's motion by order to show cause for an order directing the entry of judgment in Plaintiff's favor and against Upward Bound on the issue of liability on Plaintiff's sex discrimination and retaliation claims pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"); New York State Human Rights Law, Executive Law § 296 et seq. (the "Executive Law"); and the Administrative Code of the City of New York § 8-101 et seq. (the "City Law"), for failure to plead or otherwise defend the above-captioned action, and the motion having been regularly and duly submitted,

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff and against Upward Bound as to liability on Plaintiff's (a) sex discrimination claims under the Executive Law and the City Law and (b) retaliation claims under Title VII, the Executive Law and the City Law; and

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Upward Bound via registered mail, by __May 6__, 2010.

SO ORDERED.

Dated: __April 27__, 2010
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE