*Sullivan J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DONNA De CURTIS,                                        09 Civ. 5378 (RJS)

            Plaintiff,                              ECF CASE

     v.                                                ORDER

UPWARD BOUND INTERNATIONAL, INC. d/b/a
UPWARD BOUND TRAVEL, THOMAS
FERRANDINA, SETH RUDMAN, LDA TRAVEL
CORPORATION, and TZELL TRAVEL, LLC,

            Defendants.
----------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/10
```

RICHARD J. SULLIVAN, District Judge:

      WHEREAS Plaintiff filed the Summons and Amended Complaint on January 8, 2010 (Dkt. 22); and

      WHEREAS Plaintiff served a copy of the Summons and the Amended Complaint on Defendant Seth Rudman ("Rudman") on February 6, 2010, and filed proof of service with the Court on February 24, 2010 (Dkt. 29); and

      WHEREAS Rudman has failed to respond to the Amended Complaint; and

      WHEREAS Rudman has failed to appear in this action; and

      WHEREAS the Court ordered Rudman to show cause why a default judgment should not be entered against him on March 29, 2010 (Dkt. 38); and

      WHEREAS Rudman failed to appear before the Court for a hearing on April 22, 2010; and

267293 v1

WHEREAS the Court entered default judgment against Rudman as to liability on April 27, 2010 (Dkt. 48), and

UPON CONSIDERATION of the joint request to the Court by Plaintiff and Defendant Tzell Travel, LLC, made on April 22, 2010, that Rudman be ordered to appear for a deposition,

IT IS HEREBY ORDERED that Rudman appear for a deposition by Plaintiff's counsel at 10:00 a.m., on June 24, 2010, at the offices of Vladeck, Waldman, Elias & Engelhard, P.C., 1501 Broadway, Suite 800, New York, New York 10036; and

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Rudman via registered mail, by June 15, 2010.

SO ORDERED.

Dated: June 11, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

267293 v1                                                              2