```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DONNA De CURTIS,

                Plaintiff,

v.

UPWARD BOUND INTERNATIONAL, INC. d/b/a UPWARD BOUND TRAVEL, THOMAS FERRANDINA, SETH RUDMAN, LDA TRAVEL CORPORATION, and TZELL TRAVEL, LLC,

                Defendants.
----------------------------------------x

09 Civ. 5378 (RJS)

ECF CASE

~~PROPOSED~~
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

        IT IS HEREBY ORDERED, that plaintiff's time to file her motion to void a property transfer by defendant-judgment debtor Thomas Ferrandina ("Ferrandina") is extended from December 21, 2012 to January 11, 2013; Ferrandina's time to file his opposition is extended from January 18, 2013 to February 8, 2013; and the time for plaintiff to submit a reply, if any, is extended from February 1, 2013 to February 22, 2013.

Dated: December 18, 2012
       New York, New York

                                  SO ORDERED:

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

490559 v1